## A10A0982. THE STATE v. RAMIREZ-HERRARA.
### (727 SE2d 253)

DOYLE, Presiding Judge.

In *State v. Ramirez-Herrara*,[1] we reversed the grant of a general demurrer to five counts of a twelve-count indictment. Thereafter, the Supreme Court of Georgia decided *State v. Outen*,[2] in which that Court explained that the State must secure a certificate of immediate review in order to appeal an order granting a special demurrer.[3] Based on its opinion in *Outen*, the Supreme Court granted the petition for a writ of certiorari in this case and remanded it back to this Court for further consideration.[4]

Because the State was required to obtain a certificate of immediate review before proceeding, this Court lacked jurisdiction to review the trial court's order granting the general demurrer.[5] Accordingly, we vacate our prior judgment in this case and dismiss the appeal.

*Appeal dismissed. Ellington, C. J., and Andrews, J., concur.*

DECIDED APRIL 13, 2012.

*Gwendolyn Keyes Fleming, District Attorney, Michael S. Carlson, Assistant District Attorney, Bondurant, Mixson & Elmore, John E. Floyd*, for appellant.

*Ingrid J. McGaughey, Gerard B. Kleinrock*, for appellee.

---

[1] 306 Ga. App. 878 (703 SE2d 429) (2010).

[2] 289 Ga. 579 (714 SE2d 581) (2011).

[3] Id. at 581.

[4] See *Ramirez-Herrara v. State*, Case No. S11C0535 (September 6, 2011) (unpublished).

[5] See OCGA §§ 5-7-1 (a) (1), 5-7-2 (a); *Outen*, 289 Ga. at 582-583.